**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICHAEL RAY STRINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. CIV-11-218-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation on January 30, 2012, wherein she recommended that defendant's decision denying plaintiff's supplemental security income benefits should be affirmed.

Presently before the court is plaintiff's timely objection to the Report and Recommendation. Plaintiff requests the court to reverse defendant's decision and remand plaintiff's case back to defendant for further administrative proceedings. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the recommended ruling of Magistrate Judge Couch. The court rejects plaintiff's arguments and finds them to be without merit. Therefore, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on January 30, 2012 (doc. no. 16) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of defendant, Michael J.

Astrue, Commissioner of the Social Security Administration, denying plaintiff, Michael Ray Stringer, supplemental security income benefits is **AFFIRMED**.

DATED March 8, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-0218p002.wpd